■ In the Matter of JAMES PRYOR, Petitioner, v. JOHN T. GARRY, as District Attorney of Albany County, et al., Respondents.— Motion to dismiss petition under CPLR article 78 to (1) compel respondent County Judge to dismiss a pending indictment; (2) compel respondent Police Justice to grant petitioner an examination of the case pursuant to statute (Code Crim. Pro., § 190); and (3) prohibit further proceedings until the afore-mentioned examination shall have been completed and petitioner afforded an opportunity to appear before a Grand Jury investigating the charges against him (Code Crim. Pro., § 250), granted without costs. An article 78 proceeding does not lie to compel a judicial decision to be made in a particular way (*Matter of Ricapito* v. *People*, 20 A D 2d 567). Prohibition could be granted only if the County Court were totally lacking in jurisdiction or petitioner were without adequate remedy. Neither situation exists here (*People ex rel. Hirschberg* v. *Close*, 1 N Y 2d 258). Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.